IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00332-REB-MEH

MARY LEWIS,

    Plaintiff,

v.

AMERICAN MEDICAL SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 16, 2013.**

In the interest of justice and for good cause shown, the parties' Stipulated Motion to Set Aside Entry of Default and Stay Case Pending Transfer to MDL Proceedings [filed April 15, 2013; docket #18] is **granted**. The Clerk's March 21, 2013 entry of default in this case is set aside. The proceedings of this case are temporarily stayed pending transfer to MDL proceedings before the Honorable Joseph R. Goodwin in the Southern District of West Virginia. Unless the case has been transferred, the parties shall file a joint status report with this Court on or before May 16, 2013.

In light of this order, Defendant's Motion to Set Aside Entry of Default [filed April 5, 2013; docket #14] is **denied as moot**.